# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0567. USA GYMNASTICS INC d/b/a USA GYMNASTICS v. JANE DOE.**

This Court granted the application for interlocutory appeal, filed by USA Gymnastics, Inc., of the trial court's order denying its motion for summary judgment. After a thorough consideration of the case, including our review of the entire record, we have determined that the trial court did not err. Accordingly, we conclude that the application for interlocutory appeal was improvidently granted, and we vacate our order granting the application and dismiss the appeal.



*Court of Appeals of the State of Georgia*
            *Clerk's Office,*
*Atlanta,*  04/18/2017
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*